USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER E. BROWN *an individual*,

Plaintiff,

v.

COLUMBUS PROPERTIES, INC. *an Alaska Corporation*,

Defendant.

No. 19-CV-5127 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the parties' ongoing efforts to settle this action, the Court is inclined to adjourn the initial pretrial conference presently scheduled for December 20, 2019. The parties shall advise the Court no later than 5 P.M. on December 19, 2019 if either party believes an initial conference before the Court or a referral to the Southern District's Mediation Program would be productive at this time.

SO ORDERED.

Dated: December 18, 2019
New York, New York

Ronnie Abrams
United States District Judge